```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A95-0363--CV (JWS)
                            "USA V LOY BIGELOW"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
     Referral Rule:  1(15)
             Filed: 09/18/95
            Closed: 11/09/95

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (152) Recovery of defaulted student loans
                    RECOVERY OF DEFAULTED STUDENT LOAN
            Origin: (1) Original Proceeding
            Demand: 200
        Filing fee: Waived
          Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | BIGELOW, LOY | Loy Bigelow<br>Pro Per<br>936 Norman Street<br>Anchorage, AK 99504<br>907-333-6447 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A95-0363--CV (JWS)
                                "USA V LOY BIGELOW"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
     Referral Rule:  1(15)
             Filed:  09/18/95
            Closed:  11/09/95

      Jurisdiction:  (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (152) Recovery of defaulted student loans
                     RECOVERY OF DEFAULTED STUDENT LOAN
            Origin:  (1) Original Proceeding
            Demand:  200
        Filing fee:  Waived
          Trial by:
```

```
Document #   Filed      Docket text

    1 -  1   09/18/95   Complaint filed; Summons issued.

    2 -  1   10/06/95   DEF 1 Answer to Complaint

    3 -  1   10/11/95   JWS Minute Order that status report due w/i 21 days.  cy cnsl

    4 -  1   10/17/95   PLF 1 Return of Service on deft, Executed 9/20/95.

    5 -  1   10/17/95   PLF 1 motion for SJ and final judg w/att memo & exhbs

    6 -  1   11/06/95   PLF 1 motion for entry of stip for consent judgment, w/atch stip for
                        entry of consent judgment

    7 -  1   11/09/95   JWS Minute Order terminating in light of this order: motion for SJ and
                        final judg (5-1). cc cnsl

    8 -  1   11/09/95   JWS Consent Judgment for pltf for $194,301.88, plus prejudgment int of
                        $11,038.52 thru 11-3-95, and prejudgment int from 11-4-95 to 11-9-95 of
                        $283.62, for total judgment of $205,624.02.  cy cnsl, O&J 9680.

    9 -  1   05/24/96   PLF 1 Application re: Writ of Execution/Garnishment agst deft L.
                        Bigelow.

 NOTE -  1   05/28/96   Issued: Writ of Garnishment re; L. Bigelow.

   10 -  1   05/31/96   Return of writ of garnishment package on deft.

   11 -  1   06/04/96   Return of Writ of Garnishment

   12 -  1   06/14/96   PLF 1 Notice of Garnishees answer to Writ of Garnishment for earnings.

   13 -  1   06/17/96   DEF 1 Claim of Exemptions

   13 -  2   06/17/96   DEF 1 motion for hearing re claim of exemptions

   14 -  1   06/18/96   JWS Minute Order referring matters pertaining to enforcing a judg to MJ
                        Branson per MJ Rule 1(15). cc cnsl, MJ Branson.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A95-0363--CV (JWS)
"USA V LOY BIGELOW"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 06/18/96 | PLF 1 motion to terminate garnishment |
| 16 - 1 | 07/23/96 | AHB Order granting motion to terminate garnishment (15-1) cy cnsl |
| 17 - 1 | 07/29/96 | PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 2 | 07/30/96 | Issued: writ of execution |
| 18 - 1 | 08/19/96 | AHB Order denying motion for hearing re claim of exemptions (13-2) cy cnsl. |
| 19 - 1 | 11/22/96 | PLF 1 motion to release funds held in the court's registry |
| 20 - 1 | 11/26/96 | JWS Order granting motion to release funds held in the court's registry (19-1) cy cnsl, Finance |
| 21 - 1 | 02/03/97 | PLF 1 Application re: Writ of Garnishment |
| NOTE - 3 | 02/04/97 | Issued: writ & clerk's notice |
| 22 - 1 | 02/14/97 | Garnishee's (UAA's) answer to writ of garnishment for earnings |
| 23 - 1 | 02/19/97 | Return of writ of garnishment, served 2-10-97. |
| 24 - 1 | 02/21/97 | DEF 1 Claim of exemptions & request for hearing. |
| 25 - 1 | 02/27/97 | AHB Minute Order that hearing re claim of exemptions is set for 3:00 p.m., 3/13/97.  cc cnsl |
| 26 - 1 | 03/05/97 | PLF 1 motion to terminate garnishment. |
| 27 - 1 | 03/10/97 | AHB Order granting motion to terminate garnishment (26-1); 3/13/97 hearing is vacated. cc cnsl |
| 28 - 1 | 08/01/97 | PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 4 | 08/04/97 | Issued: Writ of Execution re def. |
| 29 - 1 | 10/24/97 | USM return of on writ of execution 10/20/97 partially satisfied in the amount of $713.10 w/ att exhs. |
| 30 - 1 | 12/04/97 | USM Return on writ of execution [unsatisfied] s to Loy F. Bigelow. |
| 31 - 1 | 12/12/97 | PLF 1 motion to release attached PFD funds. |
| 32 - 1 | 12/29/97 | JWS Order granting motion to release attached PFD funds (31-1). cy cnsl, Finance |
| 33 - 1 | 08/25/98 | DEF 1 Aff & request for issuance of Writ of Execution on PFD against L. Bigelow. |
| NOTE - 5 | 08/27/98 | Issued: writ of execution on PFD re: L. Bigelow. |
| 34 - 1 | 08/12/99 | PLF 1 aff & request for issuance of writ of execution on PFD. |
| NOTE - 6 | 08/13/99 | Issued: writ of execution on PFD. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A95-0363--CV (JWS)
                                   "USA V LOY BIGELOW"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 35 - 1 | 10/01/99 | PLF 1 motion (ex parte) for appearance of defendant as judgment debtor before U.S. Magistrate w/att declaration. |
| 36 - 1 | 10/12/99 | AHB Order granting motion for appearance of defendant as judgment debtor before U.S. Magistrate (35-1).  cc: cnsl, def (by USA) |
| 37 - 1 | 11/17/99 | USM Return of to appear as judgment debtor executed 11/08/99 via personal service. |
| 38 - 1 | 11/18/99 | PLF 1 Aff of service of ord for appearance re: PLF 1 mot (ex parte) for appearance of def as judg debtor before U.S. Magistrate (35-1). |
| 39 - 1 | 12/08/99 | AHB Court Minutes [ECR: Roy Van Hollebeke] of en masse JDE (held 12/8/99); applications to show cause not requested. |
| 40 - 1 | 12/28/99 | PLF 1 Application re: Writ of Garnishment re: Loy F.Bigelow in the amt of $204,095.92. |
| NOTE - 7 | 12/29/99 | Issued: writ of garnishment |
| 41 - 1 | 01/07/00 | Return of writ of garnishment executed 01/05/00 w/att exh. |
| 42 - 1 | 02/28/00 | DEF 1 claim of exemptions w/att exh. |
| 42 - 2 | 02/28/00 | DEF 1 motion (request) for hearing w/att exh. |
| 43 - 1 | 02/29/00 | PLF 1 Notice of receipt of debtor's claim of exemptions. |
| 44 - 1 | 02/29/00 | Return of writ of garnishment & related docs executed 02/14/00 via personal service w/att exh. |
| 45 - 1 | 02/29/00 | Return of writ of garnishment on State of AK executed 09/02/98 w/att exh. |
| 46 - 1 | 02/29/00 | Return of writ of granishment on State of AK executed 08/23/99 w/att exhs. |
| 47 - 1 | 03/02/00 | AHB Minute Order that govt file status report re: receipt of Garnishee's answer NLT COB 3/9/00; granting motion (request) for hearing (42-2); hrg re def's claim of exemptions is set 2;00 p.m. 3/15/00.  cc: cnsl, L. Bigelow (Native Student Services (BEB 108) University of AK, Anch 3211 Providence Dr. Anch, AK 99508) |
| 48 - 1 | 03/09/00 | PLF 1 Status Report. |
| 49 - 1 | 03/14/00 | PLF 1 Employer's (UAA) answer to writ of garnishment for earnings. |
| 50 - 1 | 03/15/00 | DEF 1 claim of exemptions & request for hrg. |
| 51 - 1 | 03/16/00 | AHB Court Minutes [ECR: Roy Van Hollebeke] of hrg re; def's claim of exemptions (held 3/15/00); def's claim of exemptions accepted; govt cnsl to provide crt w/a proposed order reflecting changes made.  cc: cnsl |
| 52 - 1 | 03/16/00 | PLF 1 motion for final order of garnishment of future no-exempt wages. |
| 53 - 1 | 03/31/00 | AHB Order granting motion for final order of garnishment of future no-exempt wages (52-1).  cc: cnsl, L. Bigelow, University of AK |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A95-0363--CV (JWS)
                                 "USA V LOY BIGELOW"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 54 | - 1 | 04/05/00 | PLF 1 motion for release of garnishment, funds from the registry of the court w/att exhs. |
| 55 | - 1 | 04/27/00 | JWS Order granting motion for release of garnishment funds from the registry of the court (54-1) in the amount of $3247.80 plus. cc: cnsl, Finance |
| NOTE | - 8 | 08/11/00 | Issued: writ of execution re: DEF 1 on PFD. |
| 56 | - 1 | 08/11/00 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 57 | - 1 | 11/03/00 | USM Return on writ of execution re: PFD unsatisifed on 8/30/00. |
| NOTE | - 9 | 04/10/01 | Issued: writ of execution re: PFD. |
| 58 | - 1 | 04/10/01 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 59 | - 1 | 02/14/02 | USM Return of svc on writ of execution re: DEF 1 executed on 4/13/01 no funds. |
| NOTE | - 10 | 03/28/02 | Issued: writ of execution on DEF 1 re: PFD. |
| 60 | - 1 | 03/28/02 | PLF 1 Application re: Writ of Execution on DEF 1 re: PFD. |
| 61 | - 1 | 10/23/02 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt of $1,132.61 (receipt 00118782) on 4/4/02. |
| 62 | - 1 | 11/15/02 | PLF 1 motion to release attached PFD funds. |
| 63 | - 1 | 11/19/02 | JWS Order granting motion to release attached PFD funds (62-1). cc: cnsl, Finance |
| NOTE | - 11 | 04/23/03 | Issued: writ of execution re: DEF 1 on PFD. |
| 64 | - 1 | 04/23/03 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 65 | - 1 | 10/28/03 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt $16.60 (receipt 00121620) on 5/15/03. |
| 66 | - 1 | 12/16/03 | PLF 1 motion to release attached PFD funds. |
| 67 | - 1 | 12/22/03 | PLF 1 motion (amended) to release attached PFD funds. |
| 68 | - 1 | 12/29/03 | JWS Order granting mot (amended) to release attached PFD funds (67-1); terminating in light of this ord: mot to release attached PFD funds (66-1). cc: cnsl, Finance |
| 69 | - 1 | 04/01/05 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE | - 12 | 04/07/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 70 | - 1 | 10/28/05 | USM Return of svc on writ of execution re: PFD re: DEF 1 executed on 4/8/05 for the amount of $676.61. |
| 71 | - 1 | 11/15/05 | PLF 1 motion to release attached PFD funds. |
| 72 | - 1 | 11/17/05 | JWS Order granting motion to release attached PFD funds (71-1). cc: cnsl, Finance |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A95-0363--CV (JWS)
"USA V LOY BIGELOW"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|