NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,     )<br>                              )<br>    vs.                       )<br>                              )<br>  Loy F. Bigelow,             )<br>                              )<br>              Defendant.      ) | No.  3:95-CV-00363 (JWS)<br><br><br><br><br>**ORDER TO RELEASE ATTACHED PFD FUNDS** |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The Clerk of Court shall release the attached funds currently held in the Registry, in the amount of $885.57, by check made payable to "United States Department of Justice" and forwarded to the Office of the United States Attorney for District of Alaska, as payment toward Defendant's judgment debt.

IT IS SO ORDERED.


DATED:_____        _____
                                       UNITED STATES DISTRICT JUDGE


**DOCUMENT NAME**
Loy F. Bigelow
3:95-CV-00363 (JWS)