NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:95-CV-00363 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF SUBMISSION OF** |
| LOY BIGELOW, | ) | **PROPOSED ORDER TO RELEASE** |
| | ) | **ATTACHED PFD FUNDS** |
| Defendant. | ) | |

   Plaintiff hereby notifies the Court of its submission of a proposed order to release attached PFD funds separate from its previously filed Motion to Release Attached PFD Funds.  A Wordperfect draft of the order was previously submitted to the Judge's email account.

//

//

//

//

RESPECTFULLY SUBMITTED this 11th day of December, 2007, at Anchorage, Alaska.

>NELSON P. COHEN
>UNITED STATES ATTORNEY
>
>
>s/Richard L. Pomeroy
>RICHARD L. POMEROY
>ASSISTANT U.S. ATTORNEY
>222 West 7th Avenue # 9, Room 253
>Anchorage, AK 99513-7567
>Tel. (907) 271-5071
>Fax  (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #8906031